UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONNA KATZENBERGER,

    Plaintiff,

-vs-                                CASE NO.: 3:15-cv-00908-BJD-MCR

TIME WARNER CABLE, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, DONNA KATZENBERGER, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DONNA KATZENBERGER and Defendant, TIME WARNER CABLE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ Octavio "Tav" Gomez*
OCTAVIO "TAV" GOMEZ, ESQUIRE
Florida Bar No.: 0338620
Georgia Bar No.: 617963
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
Primary: TGomez@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2016, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Octavio "Tav" Gomez*
OCTAVIO "TAV" GOMEZ, ESQUIRE
Florida Bar No.: 0338620